# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

|  |  |
|---|---|
|  | **JULY 2021 GRAND JURY**<br>**(Impaneled July 30, 2021)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | **Violations:** |
| **DANIEL DEGROAT** | Title 18, United States Code,<br>Sections 876(c)<br>(2 Counts) |

### COUNT 1

**(Mailing Threatening Communications)**

**The Grand Jury Charges That:**

On or about November 3, 2020, the exact date being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, DANIEL DEGROAT, did knowingly and willfully deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and did knowingly cause to be delivered by the Postal Service according to the direction thereon, a communication postmarked November 3, 2020, addressed to a person, that is, Victim 1, who is a United States Judge, and a person known to the Grand Jury, and containing a threat to injure the person of Victim 1, and the person of Victim 1's spouse.

**All in violation of Title 18, United States Code, Section 876(c).**

<u>**COUNT 2**</u>

**(Mailing Threatening Communications)**

**The Grand Jury Further Charges That:**

On or about November 3, 2020, the exact date being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, DANIEL DEGROAT, did knowingly and willfully deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and did knowingly cause to be delivered by the Postal Service according to the direction thereon, a communication postmarked November 3, 2020, addressed to a person, that is, Victim 2, a person known to the Grand Jury, and containing a threat to injure the person of Victim 2, and the person of Victim 2's spouse.

**All in violation of Title 18, United States Code, Section 876(c).**

DATED:  Buffalo, New York, November 17, 2021.

TRINI E. ROSS
United States Attorney


BY:   S/FRANZ M. WRIGHT
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716/843-5825
Franz.wright@usdoj.gov


A TRUE BILL:

S/FOREPERSON