IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

IN THE MATTER OF

DANIEL DEGROAT
ID NO.: 15A2415

          Defendant.

~~21-MR-~~

21-CR-189 *NGF*

---

## PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The Petition of the United States Attorney for the Western District of New York respectfully states:

The defendant, **DANIEL DEGROAT**, was involved in a crime against the United States, a violation of Title 18, United States Code, Section 876(c).   He is incarcerated at the Great Meadow Correctional Facility in Comstock, New York.

**WHEREFORE,** your petitioner requests that the Clerk be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the Federal Bureau of Investigation (FBI) for the Western District of New York commanding agents of the FBI to take said defendant into custody and bring him before the United States District Court, City of Buffalo, New York, on

**November 30, 2021** at **11:00 a.m.,** and, thereafter, said defendant is to be returned to his

place of confinement.


DATED:   Buffalo, New York, November 19, 2021.


TRINI E. ROSS
United States Attorney

BY:  _____
FRANZ M. WRIGHT
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York   14202
716/843-5825
Franz.Wright@usdoj.gov


IT IS SO ORDERED:

_____
HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

DATED:   November 19, 2021.